| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Pratter, Gene E | 2. Court or Organization U.S. District Court, E.D. Pa. | 3. Date of Report 03/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 7614 United States Courthouse Sixth & Markets Streets Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Post-resignation return of capital. Parties: Duane Morris LLP & Gene E.K. Pratter. Capital returned in 2007. |
| 2. | |
| 3. | |

RECEIVED 2008 APR -2 A 10: 58 FINANCIAL DISCLOSURE COMMITTEE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Duane Morris LLP (Post Retirement Distribution) | $ 50,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | PMA Capital Corporation (Sr. VP & General Counsel) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern Univ Law School | November 11-13, 2007 | Chicago, IL | Judicial Symposium | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Total Bond Market Index - Retirement #1 | C | Dividend | L | T | Buy Monthly | | J | | |
| 2. Vanguard Index 500 - Retirement #1 | B | Dividend | L | T | Buy Monthly | | J | | |
| 3. Vanguard Windsor II - Retirement #1 | B | Dividend | J | T | Buy Monthly | | J | | |
| 4. Vanguard International Growth - Retirement #1 | D | Dividend | L | T | Buy Monthly | | J | | |
| 5. PMA Common Stock - Retirement #1 | | None | K | T | Buy Monthly | | J | | |
| 6. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy Monthly | | J | | |
| 7. Vanguard Index 500 - Retirement #2 | A | Dividend | L | T | Buy Monthly | | J | | |
| 8. Vanguard Windsor II - Retirement #2 | D | Dividend | L | T | Buy Monthly | | J | | |
| 9. Vanguard International Growth - Retirement #2 | C | Dividend | L | T | Buy Monthly | | J | | |
| 10. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 11. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 12. Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | J | T | | | | | |
| 13. First Eagle Overseas - Retirement #5 | B | Dividend | J | T | | | | | |
| 14. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 15. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 16. NB Fasciano - Retirement #5 | A | Dividend | J | T | | | | | |
| 17. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westcore MIDCO Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 19. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 20. William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 21. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 22. PMA Common Stock - Retirement #6 | | None | K | T | | | | | |
| 23. Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |
| 24. Schwab Money Market - Retirement #4 | A | Dividend | J | T | | | | | |
| 25. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 26. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 27. Van Kampen Comstock - Retirement #6 | | | | | Sale | 1/30 | J | A | |
| 28. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 29. Sound Shore - Retirement#6 | A | Dividend | J | T | Buy | 1/30 | J | | |
| 30. StoneRidge Small Cap - Retirement #7 | | None | L | T | | | | | |
| 31. Baron Growth - Retirement #7 | C | Dividend | L | T | | | | | |
| 32. Brandywine - Retirement#7 | E | Dividend | M | T | | | | | |
| 33. DFA US Micro Cap - Retirement #7 | C | Dividend | K | T | | | | | |
| 34. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | L | T | Partial Sale | 11/2 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA International Small Value - Retirement #7 | C | Dividend | L | T | Buy | 11/2 | J | | |
| 36. DFA International Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 37. DFA One Year Fixed - Retirement #7 | E | Dividend | N | T | | | | | |
| 38. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | | | | | |
| 39. DFA US Large Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 40. Dodge & Cox Stock - Retirement #7 | D | Dividend | M | T | | | | | |
| 41. Federated US Gov't 1 - 3 - Retirement #7 | D | Dividend | M | T | | | | | |
| 42. First Eagle Overseas - Retirement #7 | D | Dividend | L | T | | | | | |
| 43. Hotchkis & Wiley Mid Cap Value - Retirement #7 | E | Dividend | M | T | | | | | |
| 44. Julius Baer International Equity - Retirement #7 | D | Dividend | L | T | | | | | |
| 45. Morgan Stanley International Equity - Retirement #7 | E | Dividend | M | T | | | | | |
| 46. Morgan Stanley Emerging Markets - Retirement #7 | E | Dividend | L | T | | | | | |
| 47. Royce Opportunity - Retirement #7 | D | Dividend | L | T | | | | | |
| 48. Schwab Money Market - Retirement #7 | B | Dividend | K | T | | | | | |
| 49. Vanguard Growth Equity - Retirement #7 | | | | | Sale | 11/29 | M | E | |
| 50. Westcore International Frontier - Retirement #7 | B | Dividend | L | T | | | | | |
| 51. Westcore Mid Cap Value - Retirement #7 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Westcore Growth - Retirement #7 | | | | | Sale | 11/7 | M | F | |
| 53. Westcore MIDCO Growth - Retirement #7 | E | Dividend | M | T | | | | | |
| 54. William Blair International Growth - Retirement #7 | D | Dividend | M | T | | | | | |
| 55. Janus Fund - Retirement #7 | A | Dividend | M | T | Purchase | 11/7 | M | | |
| 56. Janus Overseas - Retirement #7 | C | Dividend | L | T | | | | | |
| 57. Hotchkis & Wiley Large Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 58. Royce Value Plus - Retirement #7 | C | Dividend | L | T | | | | | |
| 59. Third Avenue International Value - Retirement #7 | E | Dividend | M | T | | | | | |
| 60. Turner Core Growth - Retirement #7 | B | Dividend | M | T | Purchase | 11/29 | M | | |
| 61. William Blair Large Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 62. Schwab Value Advantage - Retirement #7 | B | Dividend | K | T | | | | | |
| 63. Adams Harkness Small Gowth - Retirement #7 | B | Dividend | L | T | | | | | |
| 64. William Blair Int'l Small Growth - Retirement #7 | B | Dividend | K | T | | | | | |
| 65. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 66. Dodge & Cox Stock - Trust #1 | B | Dividend | K | T | | | | | |
| 67. Schroder Short Term Muni - Trust #1 | C | Dividend | L | T | Partial Sale | 10/19 | J | A | |
| 68. Baron Growth - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Brandywine - Trust #1 | C | Dividend | K | T | | | | | |
| 70.  Federated Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 71.  First Eagle Overseas - Trust #1 | C | Dividend | K | T | | | | | |
| 72.  Hotchkis & Wiley Large Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 73.  Hotchkis & Wiley Mid Cap Value - Trust #1 | C | Dividend | K | T | | | | | |
| 74.  Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 75.  Janus Overseas - Trust #1 | C | Dividend | K | T | | | | | |
| 76.  Julius Baer International Equity - Trust #1 | C | Dividend | K | T | | | | | |
| 77.  Morgan Stanley International Equity - Trust #1 | C | Dividend | K | T | | | | | |
| 78.  Morgan Stanley Emerging Markets - Trust #1 | D | Dividend | K | T | | | | | |
| 79.  NB Fasciano - Trust #1 | B | Dividend | J | T | | | | | |
| 80.  Royce Opportunity - Trust #1 | C | Dividend | K | T | | | | | |
| 81.  Turner Core Growth - Trust #1 | A | Dividend | K | T | Purchase | 11/7 | K | | |
| 82.  Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 83.  Westcore Growth - Trust #1 | | | | | Sale | 11/7 | K | D | |
| 84.  Westcore MIDCO Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 85.  DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Tax Managed US Targeted Value - Trust #1 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 87. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | | | | | |
| 88. Third Avenue International Value - Trust #1 | C | Dividend | K | T | | | | | |
| 89. Westcore International Frontier - Trust #1 | A | Dividend | K | T | | | | | |
| 90. DFA Tax Mgd Int'l Value - Trust #1 | B | Dividend | K | T | | | | | |
| 91. Baron Growth - Brokerage #1 | B | Dividend | K | T | | | | | |
| 92. Brandywine Fund - Brokerage #1 | B | Dividend | J | T | | | | | |
| 93. DFA Tax Mgd US Marketwide Value - Brokerage #1 | B | Dividend | K | T | Partial Sale | 12/17 | J | C | |
| 94. DFA Tax Mgd US Targeted Value - Brokerage #1 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 95. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | | | | | |
| 96. DFA Tax Mgd International Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 97. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 98. Federated Short Term Muni - Brokerage #1 | B | Dividend | L | T | | | | | |
| 99. First Eagle Overseas - Brokerage #1 | C | Dividend | K | T | | | | | |
| 100. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 101. Janus Overseas - Brokerage #1 | C | Dividend | K | T | | | | | |
| 102. Janus Mid Cap Value - Brokerage #1 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Julius Baer International Equity - Brokerage #1 | B | Dividend | K | T | | | | | |
| 104. Morgan Stanley International Equity - Brokerage #1 | C | Dividend | K | T | | | | | |
| 105. PMA Capital Common Stock - Brokerage #1 | | None | M | T | | | | | |
| 106. Schwab Money Market - Brokerage #1 | A | Dividend | J | T | | | | | |
| 107. Schwab Muni Value Advantage - Brokerage #1 | B | Dividend | K | T | | | | | |
| 108. Sound Shore - Brokerage #1 | D | Dividend | K | T | Partial Sale | 12/21 | J | B | |
| 109. Westcore MIDCO Growth - Brokerage #1 | D | Dividend | K | T | | | | | |
| 110. Schroder Short Term Muni - Brokerage #1 | D | Dividend | M | T | | | | | |
| 111. Hotchkis & Wiley Large Cap Value - Brokerage #1 | B | Dividend | K | T | | | | | |
| 112. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | | None | K | T | Purchase | 12/21 | K | | |
| 113. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | | | | | |
| 114. Third Avenue International Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 115. Thornburg Int'l Value - Brokerage #1 | B | Dividend | J | T | | | | | |
| 116. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 117. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | | | | | |
| 118. William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | | | | | |
| 119. Baron Growth - Brokerage #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 121. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | Partial Sale | 1/30 | J | C | |
| 122. DFA Tax Mgd US Targeted Value - Brokerage #2 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 123. DFA Tax Mgd Int'l Value - Brokerage #2 | B | Dividend | K | T | Purchase | 1/30 | J | | |
| 124. Dodge & Cox Stock - Brokerage #2 | C | Dividend | K | T | | | | | |
| 125. Federated Short Term Muni - Brokerage #2 | B | Dividend | K | T | | | | | |
| 126. First Eagle Overseas - Brokerage #2 | B | Dividend | K | T | | | | | |
| 127. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 128. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | D | Dividend | K | T | | | | | |
| 129. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 130. Janus Overseas - Brokerage #2 | C | Dividend | K | T | | | | | |
| 131. Julius Baer International Equity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 132. Morgan Stanley International Equity - Brokerage #2 | D | Dividend | K | T | | | | | |
| 133. Morgan Stanley Emerging Markets - Brokerage #2 | D | Dividend | K | T | | | | | |
| 134. NB Fasciano - Brokerage #2 | B | Dividend | K | T | | | | | |
| 135. Royce Opportunity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 136. Schwab Money Market - Brokerage #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns BI and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns CI and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab Muni Value Advantage - Brokerage #2 | A | Dividend | K | T | | | | | |
| 138. Schroder Short Term Muni - Brokerage #2 | D | Dividend | M | T | | | | | |
| 139. Third Avenue International Value - Brokerage #2 | C | Dividend | K | T | | | | | |
| 140. Turner Core Growth - Brokerage #2 | A | Dividend | K | T | Purchase | 11/7 | K | | |
| 141. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 142. Westcore Growth - Brokerage #2 | | | | | Sale | 11/7 | K | D | |
| 143. Westcore MIDCO Growth - Brokerage #2 | D | Dividend | K | T | | | | | |
| 144. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | | | | | |
| 145. DFA One Year Fixed - Retirement #8 | E | Dividend | N | T | | | | | |
| 146. Federated US Gov't 1 - 3 - Retirement #8 | D | Dividend | M | T | | | | | |
| 147. Baron Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 148. Brandywine Fund - Retirement #8 | D | Dividend | L | T | | | | | |
| 149. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | L | T | Partial Sale | 11/2 | K | D | |
| 150. DFA International Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 151. DFA US Large Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 152. DFA US Small Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 153. DFA US Micro Cap - Retirement #8 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Dodge & Cox Stock - Retirement #8 | D | Dividend | L | T | | | | | |
| 155. DFA Int'l Small Cap Value - Retirement #8 | C | Dividend | K | T | Purchase | 11/2 | K | | |
| 156. First Eagle Overseas - Retirement #8 | D | Dividend | L | T | | | | | |
| 157. Hotchkis & Wiley Large Cap Value - Retirement #8 | D | Dividend | L | T | | | | | |
| 158. Hotchkis & Wiley Mid Cap Value - Retirement #8 | D | Dividend | K | T | Purchase | 11/2 | L | | |
| 159. Janus Fund - Retirement #8 | A | Dividend | M | T | | | | | |
| 160. Janus Mid Cap Value - Retirement #8 | D | Dividend | L | T | Partial Sale | 11/2 | L | D | |
| 161. Janus Overseas - Retirement #8 | D | Dividend | L | T | | | | | |
| 162. Julius Baer International Equity - Retirement #8 | D | Dividend | L | T | | | | | |
| 163. Morgan Stanley Emerging Markets - Retirement #8 | D | Dividend | L | T | Partial Sale | 11/2 | J | C | |
| 164. Morgan Stanley International Equity - Retirement #8 | E | Dividend | M | T | | | | | |
| 165. NB Fasciano - Retirement #8 | C | Dividend | K | T | | | | | |
| 166. Royce Opportunity - Retirement #8 | D | Dividend | K | T | | | | | |
| 167. Royce Value Plus - Retirement #8 | B | Dividend | K | T | | | | | |
| 168. Schwab Money Market - Retirement #8 | B | Dividend | K | T | | | | | |
| 169. StoneRidge Small Cap Equity - Retirement #8 | | None | K | T | | | | | |
| 170. Third Avenue International Value - Retirement #8 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 189. PNC Bank Accounts | A | Dividend | K | T | | | | | |
| 190. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 191. Wescott Nova LP | | None | K | T | | | | | |
| 192. PMA Restricted Stock | | None | M | T | Partial Sale | 3/15 | J | A | |
| 193. AT & T Common Stock (X) | A | Dividend | J | T | | | | | See Note in Part VII |
| 194. Nationwide Financial Services Common Stock (X) | A | Dividend | J | T | | | | | See Note in Part VII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratter, Gene E | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | 3. Date of Report<br><br>05/01/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>7614 United States Courthouse<br>Sixth & Markets Streets<br>Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Post-resignation return of capital. Parties: Duane Morris LLP & Gene E.K. Pratter. Capital returned in 2007 |
| 2. | |
| 3. | |

2008 MAY 12 A 11: 35 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Duane Morris LLP (Post Retirement Distribution) | $ 50,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | PMA Capital Corporation (Sr. VP & General Counsel) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern Univ Law School | November 11-13, 2007 | Chicago, IL | Judicial Symposium | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Total Bond Market Index - Retirement #1 | C | Dividend | L | T | Buy Monthly | | J | | |
| 2. Vanguard Index 500 - Retirement #1 | B | Dividend | L | T | Buy Monthly | | J | | |
| 3. Vanguard Windsor II - Retirement #1 | B | Dividend | J | T | Buy Monthly | | J | | |
| 4. Vanguard International Growth - Retirement #1 | D | Dividend | L | T | Buy Monthly | | J | | |
| 5. PMA Common Stock - Retirement #1 | | None | K | T | Buy Monthly | | J | | |
| 6. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy Monthly | | J | | |
| 7. Vanguard Index 500 - Retirement #2 | A | Dividend | L | T | Buy Monthly | | J | | |
| 8. Vanguard Windsor II - Retirement #2 | D | Dividend | L | T | Buy Monthly | | J | | |
| 9. Vanguard International Growth - Retirement #2 | C | Dividend | L | T | Buy Monthly | | J | | |
| 10. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 11. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 12. Federated US Gov't I - 3 - Retirement #5 | A | Dividend | J | T | | | | | |
| 13. First Eagle Overseas - Retirement #5 | B | Dividend | J | T | | | | | |
| 14. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 15. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 16. NB Fasciano - Retirement #5 | A | Dividend | J | T | | | | | |
| 17. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westcore MIDCO Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 19. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 20. William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 21. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 22. PMA Common Stock - Retirement #6 | | None | K | T | | | | | |
| 23. Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |
| 24. Schwab Money Market - Retirement #4 | A | Dividend | J | T | | | | | |
| 25. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 26. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 27. Van Kampen Comstock - Retirement #6 | | None | | | Sale | 1/30 | J | A | |
| 28. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 29. Sound Shore - Retirement#6 | A | Dividend | J | T | Buy | 1/30 | J | | |
| 30. StoneRidge Small Cap - Retirement #7 | | None | L | T | | | | | |
| 31. Baron Growth - Retirement #7 | C | Dividend | L | T | | | | | |
| 32. Brandywine - Retirement#7 | E | Dividend | M | T | | | | | |
| 33. DFA US Micro Cap - Retirement #7 | C | Dividend | K | T | | | | | |
| 34. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | L | T | Partial Sale | 11/2 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA International Small Value - Retirement #7 | C | Dividend | L | T | Buy | 11/2 | J | | |
| 36. DFA International Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 37. DFA One Year Fixed - Retirement #7 | E | Dividend | N | T | | | | | |
| 38. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | | | | | |
| 39. DFA US Large Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 40. Dodge & Cox Stock - Retirement #7 | D | Dividend | M | T | | | | | |
| 41. Federated US Gov't 1 - 3 - Retirement #7 | D | Dividend | M | T | | | | | |
| 42. First Eagle Overseas - Retirement #7 | D | Dividend | L | T | | | | | |
| 43. Hotchkis & Wiley Mid Cap Value - Retirement #7 | E | Dividend | M | T | | | | | |
| 44. Julius Baer International Equity - Retirement #7 | D | Dividend | L | T | | | | | |
| 45. Morgan Stanley International Equity - Retirement #7 | E | Dividend | M | T | | | | | |
| 46. Morgan Stanley Emerging Markets - Retirement #7 | E | Dividend | L | T | | | | | |
| 47. Royce Opportunity - Retirement #7 | D | Dividend | L | T | | | | | |
| 48. Schwab Money Market - Retirement #7 | B | Dividend | K | T | | | | | |
| 49. Vanguard Growth Equity - Retirement #7 | | None | | | Sale | 11/29 | M | E | |
| 50. Westcore International Frontier - Retirement #7 | B | Dividend | L | T | | | | | |
| 51. Westcore Mid Cap Value - Retirement #7 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Westcore Growth - Retirement #7 | | None | | | Sale | 11/7 | M | F | |
| 53. Westcore MIDCO Growth - Retirement #7 | E | Dividend | M | T | | | | | |
| 54. William Blair International Growth - Retirement #7 | D | Dividend | M | T | | | | | |
| 55. Janus Fund - Retirement #7 | A | Dividend | M | T | Purchase | 11/7 | M | | |
| 56. Janus Overseas - Retirement #7 | C | Dividend | L | T | | | | | |
| 57. Hotchkis & Wiley Large Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 58. Royce Value Plus - Retirement #7 | C | Dividend | L | T | | | | | |
| 59. Third Avenue International Value - Retirement #7 | E | Dividend | M | T | | | | | |
| 60. Turner Core Growth - Retirement #7 | B | Dividend | M | T | Purchase | 11/29 | M | | |
| 61. William Blair Large Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 62. Schwab Value Advantage - Retirement #7 | B | Dividend | K | T | | | | | |
| 63. Adams Harkness Small Gowth - Retirement #7 | B | Dividend | L | T | | | | | |
| 64. William Blair Int'l Small Growth - Retirement #7 | B | Dividend | K | T | | | | | |
| 65. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 66. Dodge & Cox Stock - Trust #1 | B | Dividend | K | T | | | | | |
| 67. Schroder Short Term Muni - Trust #1 | C | Dividend | L | T | Partial Sale | 10/19 | J | A | |
| 68. Baron Growth - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,00 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end of<br>reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(●-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>Month -<br>Day | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Brandywine - Trust #1 | C | Dividend | K | T | | | | | |
| 70. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 71. First Eagle Overseas - Trust #1 | C | Dividend | K | T | | | | | |
| 72. Hotchkis & Wiley Large Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 73. Hotchkis & Wiley Mid Cap Value - Trust #1 | C | Dividend | K | T | | | | | |
| 74. Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 75. Janus Overseas - Trust #1 | C | Dividend | K | T | | | | | |
| 76. Julius Baer International Equity - Trust #1 | C | Dividend | K | T | | | | | |
| 77. Morgan Stanley International Equity - Trust #1 | C | Dividend | K | T | | | | | |
| 78. Morgan Stanley Emerging Markets - Trust #1 | D | Dividend | K | T | | | | | |
| 79. NB Fasciano - Trust #1 | B | Dividend | J | T | | | | | |
| 80. Royce Opportunity - Trust #1 | C | Dividend | K | T | | | | | |
| 81. Turner Core Growth - Trust #1 | A | Dividend | K | T | Purchase | 11/7 | K | | |
| 82. Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 83. Westcore Growth - Trust #1 | | None | | | Sale | 11/7 | K | D | |
| 84. Westcore MIDCO Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 85. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Tax Managed US Targeted Value - Trust #1 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 87. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | | | | | |
| 88. Third Avenue International Value - Trust #1 | C | Dividend | K | T | | | | | |
| 89. Westcore International Frontier - Trust #1 | A | Dividend | K | T | | | | | |
| 90. DFA Tax Mgd Int'l Value - Trust #1 | B | Dividend | K | T | | | | | |
| 91. Baron Growth - Brokerage #1 | B | Dividend | K | T | | | | | |
| 92. Brandywine Fund - Brokerage #1 | B | Dividend | J | T | | | | | |
| 93. DFA Tax Mgd US Marketwide Value - Brokerage #1 | B | Dividend | K | T | Partial Sale | 12/17 | J | C | |
| 94. DFA Tax Mgd US Targeted Value - Brokerage #1 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 95. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | | | | | |
| 96. DFA Tax Mgd International Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 97. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 98. Federated Short Term Muni - Brokerage #1 | B | Dividend | L | T | | | | | |
| 99. First Eagle Overseas - Brokerage #1 | C | Dividend | K | T | | | | | |
| 100. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 101. Janus Overseas - Brokerage #1 | C | Dividend | K | T | | | | | |
| 102. Janus Mid Cap Value - Brokerage #1 | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Julius Baer International Equity - Brokerage #1 | B | Dividend | K | T | | | | | |
| 104. Morgan Stanley International Equity - Brokerage #1 | C | Dividend | K | T | | | | | |
| 105. PMA Capital Common Stock - Brokerage #1 | | None | M | T | | | | | |
| 106. Schwab Money Market - Brokerage #1 | A | Dividend | J | T | | | | | |
| 107. Schwab Muni Value Advantage - Brokerage #1 | B | Dividend | K | T | | | | | |
| 108. Sound Shore - Brokerage #1 | D | Dividend | K | T | Partial Sale | 12/21 | J | B | |
| 109. Westcore MIDCO Growth - Brokerage #1 | D | Dividend | K | T | | | | | |
| 110. Schroder Short Term Muni - Brokerage #1 | D | Dividend | M | T | | | | | |
| 111. Hotchkis & Wiley Large Cap Value - Brokerage #1 | B | Dividend | K | T | | | | | |
| 112. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | | None | K | T | Purchase | 12/21 | K | | |
| 113. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | | | | | |
| 114. Third Avenue International Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 115. Thornburg Int'l Value - Brokerage #1 | B | Dividend | J | T | | | | | |
| 116. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 117. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | | | | | |
| 118. William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | | | | | |
| 119. Baron Growth - Brokerage #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 121. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | Partial Sale | 1/30 | J | C | |
| 122. DFA Tax Mgd US Targeted Value - Brokerage #2 | B | Dividend | K | T | | | | | See Note in Part VIII |
| 123. DFA Tax Mgd Int'l Value - Brokerage #2 | B | Dividend | K | T | Purchase | 1/30 | J | | |
| 124. Dodge & Cox Stock - Brokerage #2 | C | Dividend | K | T | | | | | |
| 125. Federated Short Term Muni - Brokerage #2 | B | Dividend | K | T | | | | | |
| 126. First Eagle Overseas - Brokerage #2 | B | Dividend | K | T | | | | | |
| 127. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 128. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | D | Dividend | K | T | | | | | |
| 129. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 130. Janus Overseas - Brokerage #2 | C | Dividend | K | T | | | | | |
| 131. Julius Baer International Equity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 132. Morgan Stanley International Equity - Brokerage #2 | D | Dividend | K | T | | | | | |
| 133. Morgan Stanley Emerging Markets - Brokerage #2 | D | Dividend | K | T | | | | | |
| 134. NB Fasciano - Brokerage #2 | B | Dividend | K | T | | | | | |
| 135. Royce Opportunity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 136. Schwab Money Market - Brokerage #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab Muni Value Advantage - Brokerage #2 | A | Dividend | K | T | | | | | |
| 138. Schroder Short Term Muni - Brokerage #2 | D | Dividend | M | T | | | | | |
| 139. Third Avenue International Value - Brokerage #2 | C | Dividend | K | T | | | | | |
| 140. Turner Core Growth - Brokerage #2 | A | Dividend | K | T | Purchase | 11/7 | K | | |
| 141. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 142. Westcore Growth - Brokerage #2 | | None | | | Sale | 11/7 | K | D | |
| 143. Westcore MIDCO Growth - Brokerage #2 | D | Dividend | K | T | | | | | |
| 144. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | | | | | |
| 145. DFA One Year Fixed - Retirement #8 | E | Dividend | N | T | | | | | |
| 146. Federated US Gov't 1 - 3 - Retirement #8 | D | Dividend | M | T | | | | | |
| 147. Baron Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 148. Brandywine Fund - Retirement #8 | D | Dividend | L | T | | | | | |
| 149. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | L | T | Partial Sale | 11/2 | K | D | |
| 150. DFA International Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 151. DFA US Large Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 152. DFA US Small Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 153. DFA US Micro Cap - Retirement #8 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Dodge & Cox Stock - Retirement #8 | D | Dividend | L | T | | | | | |
| 155.  DFA Int'l Small Cap Value - Retirement #8 | C | Dividend | K | T | Purchase | 11/2 | K | | |
| 156.  First Eagle Overseas - Retirement #8 | D | Dividend | L | T | | | | | |
| 157.  Hotchkis & Wiley Large Cap Value - Retirement #8 | D | Dividend | L | T | | | | | |
| 158.  Hotchkis & Wiley Mid Cap Value - Retirement #8 | D | Dividend | K | T | Purchase | 11/2 | L | | |
| 159.  Janus Fund - Retirement #8 | A | Dividend | M | T | | | | | |
| 160.  Janus Mid Cap Value - Retirement #8 | D | Dividend | L | T | Partial Sale | 11/2 | L | D | |
| 161.  Janus Overseas - Retirement #8 | D | Dividend | L | T | | | | | |
| 162.  Julius Baer International Equity - Retirement #8 | D | Dividend | L | T | | | | | |
| 163.  Morgan Stanley Emerging Markets - Retirement #8 | D | Dividend | L | T | Partial Sale | 11/2 | J | C | |
| 164.  Morgan Stanley International Equity - Retirement #8 | E | Dividend | M | T | | | | | |
| 165.  NB Fasciano - Retirement #8 | C | Dividend | K | T | | | | | |
| 166.  Royce Opportunity - Retirement #8 | D | Dividend | K | T | | | | | |
| 167.  Royce Value Plus - Retirement #8 | B | Dividend | K | T | | | | | |
| 168.  Schwab Money Market - Retirement #8 | B | Dividend | K | T | | | | | |
| 169.  StoneRidge Small Cap Equity - Retirement #8 | | None | K | T | | | | | |
| 170.  Third Avenue International Value - Retirement #8 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Turner Core Growth - Retirement #8 | A | Dividend | L | T | Purchase | 11/29 | L | | |
| 172. Vanguard Growth Equity - Retirement #8 | | None | | | Sale | 11/29 | L | E | |
| 173. Westcore International Frontier - Retirement #8 | B | Dividend | L | T | | | | | |
| 174. Westcore Mid Cap Value - Retirement #8 | B | Dividend | M | T | | | | | |
| 175. Westcore MIDC● Growth - Retirement #8 | E | Dividend | M | T | | | | | |
| 176. William Blair International Growth - Retirement #8 | D | Dividend | L | T | | | | | |
| 177. William Blair Large Cap Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 178. Equitable Variable Life - Alliance Common Stock | | None | M | T | Buy | 1/22 | J | | |
| 179. | | | | | Buy | 4/16 | J | | |
| 180. | | | | | Buy | 7/13 | J | | |
| 181. | | | | | Buy | 10/19 | J | | |
| 182. Equitable Variable Life - Alliance International | | None | K | T | Buy | 1/22 | J | | |
| 183. | | | | | Buy | 4/16 | J | | |
| 184. | | | | | Buy | 7/13 | J | | |
| 185. | | | | | Buy | 10/19 | J | | |
| 186. Duane Morris LLP Partnership Capital Account | D | Dividend | | | | | | | See Note in Part VIII |
| 187. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 189. PNC Bank Accounts | A | Dividend | K | T | | | | | |
| 190. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 191. Wescott Nova LP | | None | K | T | | | | | |
| 192. PMA Restricted Stock | | None | M | T | Partial Sale | 3/15 | J | A | |
| 193. AT & T Common Stock (X) | A | Dividend | J | T | | | | | See Note in Part VII |
| 194. Nationwide Financial Services Common Stock (X) | A | Dividend | J | T | | | | | See Note in Part VII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII, page 9, lines 86 and 94, and page 11, line 122. This was formerly known as DFA Tax Managed US Small Cap Value.

2. Section VII, page 14, line 186. DM Partnership Capital Account. As disclosed in Section II, Agreements, the Filer received a return of capital in 2007. All capital has been returned. There will be no future distributions

3. Section VII, page 15, line 193. Ownership of AT & T stock has been erroneously left off previous Financial Disclosure Reports. Discovered ownership in 2007. Date of acquisition unknown. Based on the number of shares owned and the historical share price, the valuation code at acquisition would be "J".

3. Section VII, page 15, line 194. Ownership of Nationwide Financial Services stock was erroneously left off previous Financial Disclosure Reports. Discovered ownership in 2007. Date of acquisition was 11/30/99. The valuation code at acquisition was "J"

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 05/01/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544